UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

**KEVIN EASTERLAND,**

Defendant.

**Crim. Action No. 99-007** (CKK)

_UNDER SEAL_

# FILED

SEP - 5 2009

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter comes before the Court upon the receipt of a Report and Recommendation dated August 18, 2009, from Magistrate Judge John Facciola, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _5_ day of September, 2009,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that Defendant's supervised release is revoked; and it is

**FURTHER ORDERED** that the case has been scheduled for Re-sentencing on Monday, September 14, 2009, at 11:30 a.m. in Courtroom 28A, 6th Floor of the Annex.

**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:
Mitchell Seltzer, AFPD
Angela George, AUSA
Renee Donoho, U.S. Probation Officer

